FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
smahoney@fisherphillips.com

Attorneys for Defendants,
Las Vegas Limousines, LLC and
Frias Management, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ASHLEY SILVER, | ) |
| | ) Case No. 2:17-cv-00197-RFB-CWH |
| Plaintiff, | ) |
| | ) **MOTION FOR WAIVER OF** |
| vs. | ) **ATTENDANCE OF INSURANCE** |
| | ) **CARRIER AT ENE** |
| LAS VEGAS LIMOUSINES, LLC dba | ) |
| LAS VEGAS LIMOUSINES, a Nevada | ) |
| Limited Liability Company, FRIAS | ) |
| MANAGEMENT, LLC dba FRIAS | ) |
| TRANSPORTATION | ) |
| MANAGEMENT, a Nevada limited | ) |
| liability company, DOES I through X, | ) |
| and ROE CORPORATIONS I through | ) |
| X, | ) |
| | ) |
| Defendants. | ) |
| | ) |

Defendants, pursuant to the Order Scheduling Early Neutral Evaluation Session filed February 21, 2017 (ECF No. 8), hereby move the Court for an order excusing the physical attendance of the AIG insurance carrier representative, Ryan Potente, at the March 24, 2017 ENE.

Mr. Potente is located in New York, and overnight travel (likely multiple days) would be required. Defendants are aware that cost and inconvenience are generally not considered good cause for an exception from the attendance requirements, but the Court

- 1 -

32660103

is asked to consider in combination with these factors the fact there is a $100,000 self-insured retention on this matter, little of which has been exhausted. While Defendants intend to come to the ENE for good faith negotiations, no scenario is envisioned in which insurance carrier funds would come into play at the ENE. Further, a settlement position will be formulated before the ENE, Mr. Potente would be available during the ENE by telephone as needed, and Defendants will be represented in person at the ENE. Finally, the AIG representatives are presently short-staffed by a person such that Mr. Potente is currently handling approximately 250 claims, which makes multiple days out of the office more difficult.

FISHER & PHILLIPS LLP

/s/ Scott M. Mahoney, Esq.
SCOTT M. MAHONEY, ESQ.
300 S. Fourth Street
Suite 1500
Las Vegas, Nevada 89101
Attorneys for Defendants

### CERTIFICATE OF ELECTRONIC SERVICE

This is to certify that on the 7th day of March 2017, the undersigned, an employee of Fisher & Phillips LLP, electronically filed the foregoing Motion for Waiver of Attendance of Insurance Carrier at ENE with the U.S. District Court, and a copy was electronically transmitted from the court to the e-mail address on file for:

Angela J. Lizada, Esq.

By: /s/ Stacey Grata

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE
DATED: 3-17-2017